UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| Case No. | **CV 20-8428-DMG**<br>**1:20-bk-11006-VK** | Date | October 19, 2020 |
|---|---|---|---|

Title  *In re Lev Investments, LLC*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On October 2, 2020, the Court ordered Appellant to show cause in writing, no later than October 16, 2020, why the above-entitled action should not be dismissed.  To date, Appellant has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this bankruptcy appeal without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.


cc:  U.S. Bankruptcy Court